UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STELLA L. TOWNSEND,

                         Plaintiff,

                -against-

Case No.: 09-cv-1656

STIPULATION OF VOLUNTARY DISMISSAL
(KAM)(SMG)

LVNV FUNDING, LLC., AND
LEADING EDGE RECOVERY SOLUTIONS, LLC.,

                         Defendants.
----------------------------------------------------------X

The parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice (but without prejudice as to the putative class members) and without costs to either party.

Dated: New York, New York
       August 14, 2009.

_____
NOVLETTE R. KIDD, ESQ. (NK 9339)
FAGENSON & PUGLISI
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.:(212)268-2128
Fax:(212)268-2127

KIYO A. MATSUMOTO, U.S.D.J.

_____
CHRISTINA H. BOST SEATON, ESQ.
TROUTMAN SANDERS, LLP
Attorneys for Defendant, LVNV
405 Lexington Avenue
New York, New York 10174
Tel.:(212) 704-6000
Fax:(212)704-6288

_____
SCOTT A. SCHECHTER, ESQ.
KAUFMAN BORGEEST & RYAN, LLP
Attorneys for Defendant, Leading Edge
200 Summit Lake Drive
Valhalla, New York 10595
Tel.:(914)741-6100
Fax:(914)741-0025